No. 908. AMERICAN TRUCKING ASSOCIATIONS, INC., ET AL. *v.* ATCHISON, TOPEKA & SANTA FE RAILWAY CO. ET AL.;

No. 916. NATIONAL AUTOMOBILE TRANSPORTERS ASSOCIATION OF DETROIT *v.* ATCHISON, TOPEKA & SANTA FE RAILWAY CO. ET AL.; and

No. 924. UNITED STATES ET AL. *v.* ATCHISON, TOPEKA & SANTA FE RAILWAY CO. ET AL. Appeals from D. C. N. D. Ill. Probable jurisdiction noted. The cases are consolidated and a total of three hours is allotted for oral argument. *Peter T. Beardsley, Harry J. Jordan, William R. Rubbert, R. Edwin Brady, Bryce Rea, Jr., Roland Rice, Homer S. Carpenter, John S. Fessenden, Richard R. Sigmon, Guy H. Postell, Ferdinand Born, F. H. Lynch,*

*Jr.*, and *Carl L. Steiner* for appellants in No. 908. *George S. Dixon* for appellant in No. 916. *Solicitor General Marshall, Assistant Attorney General Turner, Richard A. Posner, Robert B. Hummel, Robert W. Ginnane, Fritz R. Kahn* and *Robert S. Burk* for the United States et al. in No. 924. *Thormund A. Miller, Amos M. Mathews, J. D. Feeney, Robert F. Munsell, James W. Hoeland, Paul R. Duke, Francis M. Shea, William H. Dempsey, Jr., Walter J. Myskowski* and *James A. Bistline* for railroad appellees in all three cases. *D. Robert Thomas* and *Giles Morrow* for freight forwarder appellees in all three cases. Reported below: 244 F. Supp. 955.